1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                      No. 2:24-cv-03489-JAM-CSK

       IN RE:  STEVEN WAYNE BONILLA
12                                                      No. 2:24-cv-03491-JAM-CSK

13                                                      No. 2:24-cv-03493-JAM-CSK

14                                                      No. 2:24-cv-03497-JAM-CSK

15                                                      No. 2:24-cv-03498-JAM-CSK

16                                                      No. 2:24-cv-03502-JAM-CSK

17                                                      No. 2:24-cv-03503-JAM-CSK

18                                                      No. 2:24-cv-03504-JAM-CSK

19                                                      No. 2:24-cv-03505-JAM-CSK

20                                                      No. 2:24-cv-03507-JAM-CSK

21

22

23                                                      ORDER

24

25

26         Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27     above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28     litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                                       1

proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03489, 2:24-cv-03491, 2:24-cv-03493, 2:24-cv-03497, 2:24-cv-03498, 2:24-cv-03502, 2:24-cv-03503, 2:24-cv-03504, 2:24-cv-3505 and 2:24-cv-03507 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases.  **No further filings will be accepted**.

Dated: December 23, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1]  In the captions of 2:24-cv-03491, 2:24-cv-03493, 2:24-cv-03497 and 2:24-cv-03498, plaintiff names the Yolo County Superior Court.  In the caption of 2:24-cv-03507, plaintiff names the Yuba County Superior Court.  To the extent plaintiff intended to raise the claims raised in these cases in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-03491, 2:24-cv-03493, 2:24-cv-03497, 2:24-cv-03498 and 2:24-cv-03507 are related to Plaintiff's Alameda County criminal conviction.

2